UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Anthony Puca

Case No.: 16-23587/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __November 8, 2016__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
116 Holly Drive
Woodbury, NJ
FMV - $135,000.00

Liens on property:    CitiFinancial - $187,498.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:    /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony J. Puca  
    Debtor

Case No. 16-23587-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 12, 2016  
                Form ID: pdf905     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.

```
db              +Anthony J. Puca,    116 Holly Drive,    Woodbury, NJ 08096-3324
516289773       +Barclay Card,    Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
516289774       +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516289775        Capital One Card Services,    PO Box 71107,    Charlotte, NC 28272-1107
516289776       +Citi Financial Servicing, LLC,    c/o Powers Kirn, LLC,    728 Marne Highway,   Suite 200,
                  Moorestown, NJ 08057-3128
516289777       +First National Credit Card,    PO BOX 5097,    Sioux Falls, SD 57117-5097
516289779        TD Bank,    PO BOX 16027,    Lewiston, ME 04243-9513
516289781       +West Deptford Township,    Municipal Building,    400 Crown Point Road,
                  Thorofare, NJ 08086-2146
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 12 2016 23:14:24     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 12 2016 23:14:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516289778        E-mail/Text: bkr@cardworks.com Oct 12 2016 23:13:40     Merrick Bank,    PO Box 5721,
                  Hicksville, NY 11802-5721
516289780       +E-mail/PDF: gecsedi@recoverycorp.com Oct 12 2016 23:06:10     WalMart,    PO Box 96502,
                  Orlando, FL 32896-0001
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-4
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Eric Clayman    on behalf of Debtor Anthony J. Puca jenkins.clayman@verizon.net
          Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          William M.E. Powers    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    CitiFinancial Servicing LLC ecf@powerskirn.com
                                                                                              TOTAL: 5
```